No. 10–1320. BLUEFORD v. ARKANSAS. Sup. Ct. Ark. [Certiorari granted, *ante*, p. 941.] Motion of Michigan et al. for leave to participate in oral argument as *amici curiae* and for divided argument denied.

No. 10–9995. WOOD v. MILYARD, WARDEN, ET AL. C. A. 10th Cir. [Certiorari granted, 564 U. S. 1066.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.